No. 80–6143.  MARTIN v. NORTH CAROLINA.  C. A. 4th Cir.
Certiorari denied.

No. 80–6156.  LAKE v. ALABAMA.  Ct. Crim. App. Ala.
Certiorari denied.

No. 80–6172.  JOHNSON v. OVERBERG, CORRECTIONAL SUPER-
INTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 80–6173.  STANMORE v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 80–6176.  DEJARNETTE v. UNITED STATES.  C. A. 7th
Cir.  Certiorari denied.

No. 80–6180.  WATSON v. UNITED STATES.  Ct. App. D. C.
Certiorari denied.

No. 80–6183.  STACKS v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 80–6185.  BERTRAND v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 80–6187.  PUCHALA v. COINTELPRO ET AL.  C. A. 7th
Cir.  Certiorari denied.

No. 80–6189.  WHITNEY v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 80–6201.  SPARROW v. UNITED STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 80–6203.  HOLLAND v. UNITED STATES.  C. A. D. C.
Cir.  Certiorari denied.

No. 80–6204.  GABBARD v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 80–6207.  McWILLIAMS v. UNITED STATES.  C. A. 6th
Cir.  Certiorari denied.